1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| AUSTIN JEFFREY FARLEY, | ) | No. SACV 17-00380-SVW (JDE) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| R. MADDEN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:  February 21, 2018

_____
STEPHEN V. WILSON
United States District Judge